IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| | **:** | **MDL DOCKET NO. 4:03-CV-1507-BRW** |
| **IN RE:** | **:** | |
| **PREMPRO PRODUCTS LIABILITY** | **:** | |
| **LITIGATION** | **:** | **ALL CASES in EXHIBIT A** |

**ORDER**

The pending Motions to Dismiss filed in the cases in Exhibit A are GRANTED.

Accordingly, the CASES are DISMISSED with prejudice.

IT IS SO ORDERED this 28th day of August, 2013.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

1

**EXHIBIT A**

| | |
|---|---|
| 4:10-cv-01566-BRW | Hinceman v. Wyeth et al |
| 4:10-cv-01568-BRW | Harris v. Wyeth et al |
| 4:10-cv-01569-BRW | Hess v. Wyeth et al |
| 4:10-cv-01570-BRW | Haney v. Wyeth et al |
| 4:10-cv-01584-BRW | Haemker v. Wyeth et al |
| 4:10-cv-01585-BRW | Goode v. Wyeth et al |
| 4:10-cv-01587-BRW | Jasperson v. Wyeth et al |
| 4:10-cv-01588-BRW | Fragoso v. Wyeth et al |
| 4:10-cv-01589-BRW | Laufketter v. Wyeth et al |
| 4:10-cv-01590-BRW | Jasperson v. Wyeth et al |
| 4:10-cv-01591-BRW | Kruse v. Wyeth et al |
| 4:10-cv-01592-BRW | Kirkland v. Wyeth et al |
| 4:10-cv-01593-BRW | Mallette v. Wyeth et al |
| 4:10-cv-01594-BRW | Patterson v. Wyeth et al |
| 4:10-cv-01596-BRW | Orr v. Wyeth et al |
| 4:10-cv-01597-BRW | Weinmann v. Wyeth et al |
| 4:10-cv-01598-BRW | Walters v. Wyeth et al |
| 4:10-cv-01599-BRW | Taube v. Wyeth et al |
| 4:10-cv-01600-BRW | Stone v. Wyeth et al |
| 4:10-cv-01601-BRW | O'Neil v. Wyeth et al |
| 4:10-cv-01602-BRW | Maury v. Wyeth et al |
| 4:10-cv-01603-BRW | McAdoo v. Wyeth et al |
| 4:10-cv-01605-BRW | Parker v. Wyeth et al |
| 4:10-cv-01667-BRW | Jasperson v. Wyeth et al |
| 4:10-cv-01668-BRW | Sorensen v. Wyeth et al |
| 4:10-cv-01669-BRW | Spencer v. Wyeth et al |
| 4:10-cv-01670-BRW | Standriff v. Wyeth et al |
| 4:10-cv-01671-BRW | States v. Wyeth et al |
| 4:10-cv-01672-BRW | Jasperson v. Wyeth et al |
| 4:10-cv-01673-BRW | Rydjeske v. Wyeth et al |
| 4:10-cv-01674-BRW | Simon v. Wyeth et al |
| 4:10-cv-01675-BRW | Sitzmann v. Wyeth et al |
| 4:10-cv-01676-BRW | Robbins v. Wyeth et al |
| 4:10-cv-01677-BRW | Rogers v. Wyeth et al |
| 4:10-cv-01678-BRW | Ross v. Wyeth et al |
| 4:10-cv-01679-BRW | Thompson v. Wyeth et al |
| 4:10-cv-01680-BRW | Tolkin v. Wyeth et al |
| 4:10-cv-01681-BRW | Valentine v. Wyeth et al |
| 4:10-cv-01682-BRW | Wachter v. Wyeth et al |
| 4:10-cv-01684-BRW | Peters v. Wyeth et al |

| | |
|---|---|
| 4:10-cv-01685-BRW | Peterson v. Wyeth et al |
| 4:10-cv-01687-BRW | Petersen v. Wyeth et al |
| 4:10-cv-01691-BRW | Plieseis v. Wyeth et al |
| 4:10-cv-01695-BRW | McComas v. Wyeth et al |
| 4:10-cv-01696-BRW | Meeks v. Wyeth et al |
| 4:10-cv-01698-BRW | Preston v. Wyeth et al |
| 4:10-cv-01699-BRW | Moran v. Wyeth et al |
| 4:10-cv-01701-BRW | Pitsinger v. Wyeth et al |
| 4:10-cv-01702-BRW | Nicholson v. Wyeth et al |
| 4:10-cv-01703-BRW | Nickel v. Wyeth et al |
| 4:10-cv-01704-BRW | Norvell v. Wyeth et al |
| 4:10-cv-01705-BRW | Perkinson v. Wyeth et al |
| 4:10-cv-01706-BRW | Phillips v. Wyeth et al |
| 4:10-cv-01707-BRW | Will v. Wyeth et al |
| 4:10-cv-01712-BRW | Wegenast v. Wyeth et al |
| 4:10-cv-01713-BRW | Jerome v. Wyeth et al |
| 4:10-cv-01714-BRW | Katte v. Wyeth et al |
| 4:10-cv-01715-BRW | Hren v. Wyeth et al |
| 4:10-cv-01718-BRW | Jasperson v. Wyeth et al |
| 4:10-cv-01721-BRW | Wood v. Wyeth et al |
| 4:10-cv-01723-BRW | Wixen v. Wyeth et al |
| 4:10-cv-01724-BRW | Hunter v. Wyeth et al |
| 4:10-cv-01725-BRW | Hutchinson v. Wyeth et al |
| 4:10-cv-01726-BRW | Wheeler v. Wyeth et al |
| 4:10-cv-01727-BRW | Whaley v. Wyeth et al |
| 4:10-cv-01728-BRW | Kiger v. Wyeth et al |
| 4:10-cv-01729-BRW | Maiello v. Wyeth et al |
| 4:10-cv-01730-BRW | Lee v. Wyeth et al |
| 4:10-cv-01731-BRW | Lawton-Wilson v. Wyeth et al |
| 4:10-cv-01732-BRW | Steele v. Wyeth et al |
| 4:10-cv-01733-BRW | Ivey v. Wyeth et al |
| 4:10-cv-01734-BRW | Foltz v. Wyeth et al |
| 4:10-cv-01735-BRW | Foster v. Wyeth et al |
| 4:10-cv-01761-BRW | Walters v. Wyeth et al |
| 4:10-cv-01984-BRW | Waugh v. Wyeth et al |
| 4:06-cv-00314-BRW | Lehnhardt v. Wyeth et al |
| 4:06-cv-00402-BRW | Staniszewski v. Wyeth et al |